IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTOINE C. NELSON,

    Plaintiff,

  v.

Case No. 18-cv-238-wmc

CAPT. CHRISTOPHER STEVENS,
CAPT. JAMES ELSINGER,
SECURITY DIRECTOR JOHN KIND,
WARDEN SCOTT ECKSTEIN,
DEPUTY WARDEN STEVE SCHUELER,
OFFICER DEBROUX, MS. JODENE PERTTU,
MS. LISA HORNECK, MR. WEBER,
DAI SECURITY CHIEF MARK WEIGERBER,
MARC CLEMENTS, JAMES SCHWOCHERT,
AND MS. HEIL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 5/4/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |