United States District Court for the Western District of Wisconsin

---

Nelson, Antoine et al

               Plaintiff(s),

     v.

Stevens, Christopher et al

               Defendant(s)

File Number 3:18-cv-00238-wmc

Notice of Appeal

---

Notice is hereby given that Antoine Nelson, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment and order granting defendants Motion for Summary Judgment dismissing plaintiffs case entered in this action on the 4th day of May, 2020

*Jarrett Adams*

Jarrett Adams, Esq.
40 Fulton Street, Floor 23
New York, NY 10038