IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTOINE C. NELSON,

    Plaintiff,

v.

CAPT. CHRISTOPHER STEVENS, et al.,

    Defendants.

ORDER

Case No. 18-cv-238-wmc
Appeal No. 20-1916

---

Plaintiff Antoine C. Nelson has filed a notice of appeal from the court's May 4, 2020 order. To date, however, plaintiff has not paid the appellate docketing fee. Although plaintiff requests leave to proceed without payment of the appellate filing fee, plaintiff has not submitted a certified trust fund account statement (or institutional equivalent) as required by the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider plaintiff's motion at this time.

ORDER

IT IS ORDERED that plaintiff Antoine C. Nelson may have until June 23, 2020 to either (1) pay the $505 appellate docketing fee; or (2) submit a certified trust fund account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of this appeal.

Entered this 2nd day of June, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge